UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER JARMAN,

      Plaintiff,

vs.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

      Defendants.
_____/

Civil Action No.
13-11055

HON. MARK A. GOLDSMITH

## ORDER REGARDING THE SHOW CAUSE HEARING AND DISMISSING THE COMPLAINT WITH PREJUDICE AND WITHOUT COSTS

Plaintiff's counsel Emmett D. Greenwood failed to initiate and appear for a telephonic status conference scheduled for 2:00 p.m. on March 21, 2013.  The Court subsequently issued an order for Attorney Greenwood to show cause why he should not be sanctioned for his failure to appear (Dkt. 2).

For the reasons stated on the record at the show cause hearing held on April 3, 2013, the Court will not sanction Attorney Greenwood; however, Attorney Greenwood was duly warned that such conduct would not be tolerated in the future.

Furthermore, Plaintiff's counsel and Defendants' counsel agreed on the record at the hearing to dismiss the complaint with prejudice and without costs.  Accordingly, the Court dismisses the complaint with prejudice and without costs.

      SO ORDERED.

Dated:  April 4, 2013                              s/Mark A. Goldsmith
    Flint, Michigan                                 MARK A. GOLDSMITH
                                                      United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 4, 2013.

                                              s/Deborah J. Goltz
                                              DEBORAH J. GOLTZ
                                              Case Manager